TICE MURPHY and MR. JUSTICE RUTLEDGE are of opinion that certiorari should be granted. MR. JUSTICE REED and MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Messrs. James A. Cobb, George E. C. Hayes, Leon A. Ransom, William H. Hastie* and *Thurgood Marshall* for petitioner. *Mr. Henry Gilligan* for respondents.

No. 1177. MACKALL *v.* WASHINGTON GAS LIGHT Co. May 28, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia. *Messrs. A. M. Goldstein* and *W. C. Sullivan* for petitioner.

No. 1185. TELFIAN *v.* SANFORD, WARDEN. May 28, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Charles Telfian, pro se. Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Leon Ulman* for respondent.

No. —. ILLINOIS EX REL. WHITE *v.* RAGEN, WARDEN. June 4, 1945. Petition for writ of certiorari denied.

No. 1092. CALIFORNIA (IN THE MATTER OF ESTATE OF LINDQUIST) *v.* UNITED STATES;

No. 1093. CALIFORNIA (IN THE MATTER OF THE ESTATE OF WALKER) *v.* UNITED STATES;

No. 1214. UNITED STATES (IN THE MATTER OF ESTATE OF LINDQUIST) *v.* CALIFORNIA; and

No. 1215. UNITED STATES (IN THE MATTER OF ESTATE OF WALKER) *v.* CALIFORNIA. June 4, 1945. Petitions for writs of certiorari to the Supreme Court of California